UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS HOUSING AUTHORITY,<br><br>Defendant. | No. 2:25-cv-1940 DAD AC<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 2.

Plaintiff's IFP application is on the incorrect form and does not contain any information about his financial status. ECF No. 2 at 1. Plaintiff is not a prisoner, but he used the prisoner IFP form. Id. The first question on the form reads "Are you currently incarcerated?" with a "Yes" and "No" option; next to the "No" option, the form reads "(If 'no' DO NOT USE THIS FORM)." Plaintiff checked the "No" option. Id. Plaintiff did not respond to any other question on the form, and so the application contains no information about plaintiff's financial status. Id. at 1-2. Plaintiff filed a separate "Notice re IFP" in which he states he is "unable to complete or properly complete Because I was told by management, they would not help me or get involved." ECF No. 6 at 1.

The court cannot grant plaintiff IFP status based on the form he submitted. In order for plaintiff to continue prosecuting this case, he must either file a completed, signed and dated IFP application, or pay the filing fee within 14 days of this order. IFP applications for civil cases are available under the "Forms" tab on the website for the Eastern District of California. If plaintiff fails to pay the filing fee or submit a complete IFP application, this case will be dismissed.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed IFP (ECF No. 2) is DENIED, and plaintiff must submit a complete, signed and dated IFP application or pay the filing fee within 14 days of this order or this case will be dismissed for failure to prosecute.

DATED: September 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2